IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE PLUMMER | ) | |
| | ) | |
| Petitioner, | ) | No. 13-cv-00817 |
| | ) | |
| v. | ) | |
| | ) | The Honorable |
| RICK HARRINGTON, | ) | Thomas M. Durkin, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

## STATUS REPORT

NOW COMES Petitioner Johnnie Plummer, by and through his attorneys, THE EXONERATION PROJECT at the University of Chicago Law School, and pursuant to this Court's Order (dkt. 81), submits this status report.

I. **RELEVANT BACKGROUND**

1. Pending before this Court is a petition for a writ of habeas corpus that Petitioner filed *pro se* on February 1, 2013. (Dkt. 1). The petition relates to Cook County state court matter *People v. Plummer*, 92 CR 2023601.

2. Counsel appeared on Plummer's behalf on March 3, 2015. (Dkt. 34). Since that time, this matter has been stayed due to a combination of COVID (dkt. 59-61) and requests by the parties that pending state post-conviction proceedings be allowed to conclude (dkt. 65-66, 71, 72).

3. Undersigned counsel appeared on July 19, 2022. (Dkt. 76). This Court thereafter ordered Plummer to file a status report "as to how the state court proceedings overlap with the Federal petition." (Dkt. 77). Plummer did so. (Dkt. 78). Plummer further sought, and was granted, leave to file an amended habeas petition. (Dkts. 78, 79).

4. Plummer thereafter filed an unopposed motion to revise the briefing schedule in

light of the fact that the state court had recently set November 30, 2022 as the close of discovery in the state proceedings and counsel anticipated that an evidentiary hearing would be scheduled soon thereafter. (Dkt. 80). The Court granted that motion and instructed Plummer to file a status report by today's date. (Dkt. 81).

## II.   STATUS OF STATE COURT PROCEEDINGS

5.   Petitioner has two pending state court post-conviction petitions related to two separate convictions.

6.   In 92 CR 20236—the subject of the instant habeas petition—Petitioner filed a claim under the Eighth Amendment, Illinois law, and caselaw stemming from *Miller v. Alabama*, 132 S. Ct. 2455 (2012) regarding his mandatory life without parole sentence. That matter is currently pending before Cook County Judge Thomas Byrne. It has been effectively stayed pending the outcome of the post-conviction petition described in the next paragraph.

7.   Pending before Cook County Judge Vincent Gaughan is a post-conviction petition in 91 CR 21451. That case was remanded by the state appellate court to the trial court for a hearing "based on newly discovered evidence corroborating [Petitioner's] claims of police torture and a *Brady v. Maryland*, 373 U.S. 83 (1963), violation." *People v. Plummer*, 2021 IL App (1st) 200299, ¶ 1. The police interrogations regarding the two cases—which Petitioner has always maintained were abusive—overlapped. *See People v. Plummer*, 306 Ill. App.3d 574 (1st Dist. 1999).

8.   A status hearing was held today before Judge Gaughan. The parties reported that they were ready to schedule the matter for the evidentiary hearing at which Plummer's post-conviction claims will be resolved.

9.   Judge Gaughan recently announced his retirement.[1] Accordingly, Judge Gaughan

---

[1] Megan Crepeau, *'An intellect, a bully, and a great judge': Courthouse leader Vincent Gaughan*

2

was unwilling to schedule the evidentiary hearing, determining it best to leave that to his as-yet-unnamed successor. Judge Gaughan set a status date for January 11, 2023.

10. Judge Gaughan's unexpected retirement notwithstanding, Plummer's state post-conviction proceedings appear to be nearing an end. Under these circumstances, Petitioner respectfully requests that he be ordered to file a status report following the next hearing in state court. At that time, this Court will be able to assess whether the deadline for an amended petition should be further extended (e.g., if the state evidentiary hearing is forthcoming) or if the amended petition should be filed regardless (e.g., if there will be an inordinate delay in the scheduling of the evidentiary hearing).

Respectfully submitted,

 /s/ Karl Leonard

Karl Leonard
THE EXONERATION PROJECT
  at the University of Chicago Law School
311 N. Aberdeen Avenue, 3rd Floor
Chicago, IL 60607
(312) 243-5900 (tel)
(312) 243-5902 (fax)
karl@exonerationproject.org

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2022, I caused the foregoing STATUS REPORT to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will effect service on all counsel of record.

 /s/ Karl Leonard

---

*set to retire after handling Chicago's biggest cases*, Chi. Trib. (Nov. 27, 2022), https://www.chicagotribune.com/news/criminal-justice/ct-judge-vincent-gaughan-retirement-cook-county-20221127-ctax45bk6fcpriwwqfb7dlr2vi-story.html