IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE PLUMMER | ) | |
| | ) | |
| Petitioner, | ) | No. 13-cv-00817 |
| | ) | |
| v. | ) | |
| | ) | The Honorable |
| RICK HARRINGTON, | ) | Thomas M. Durkin, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

## STATUS REPORT

NOW COMES Petitioner Johnnie Plummer, by and through his attorneys, THE EXONERATION PROJECT at the University of Chicago Law School, and pursuant to this Court's Order (dkt. 83), submits this status report.

1. Pending before this Court is a petition for a writ of habeas corpus that Petitioner filed *pro se* on February 1, 2013. (Dkt. 1). The petition relates to Cook County state court matter *People v. Plummer*, 92 CR 2023601.

2. Petitioner has two pending state court post-conviction petitions related to two separate convictions: the one directly at issue in these proceedings and one regarding 91 CR 21451, which was remanded by the Illinois state appellate court to the trial court for a hearing "based on newly discovered evidence corroborating [Petitioner's] claims of police torture and a *Brady v. Maryland*, 373 U.S. 83 (1963), violation." *People v. Plummer*, 2021 IL App (1st) 200299, ¶ 1. The police interrogations regarding the two cases—which Petitioner has always maintained were abusive—overlapped. *See People v. Plummer*, 306 Ill. App.3d 574 (1st Dist. 1999).

3. As noted in Petitioner's last status report, Judge Vincent Gaughan—who was presiding over one of the two state post-conviction matters—told the parties that he was unable to

schedule an evidentiary hearing due to his impending retirement. (Dkt. 82 at ¶¶ 8-9).

4. On January 11, 2023, the parties appeared before Judge Tyria Walton, who will now be presiding over the matter. Judge Walton indicated that she needed time to familiarize herself with the case, but intends to schedule the evidentiary hearing at the next court date, which she set for February 6, 2023.

5. Counsel for Mr. Plummer continues to believe that the state post-conviction proceedings are on track to reach a resolution. Although counsel is not privy to Judge Walton's schedule, we anticipate that the state court evidentiary hearing will take place in the next several months. Under these circumstances, Petitioner respectfully requests that he be ordered to file a status report at a date chosen by this Court.

Respectfully submitted,

__/s/ Karl Leonard_____

Karl Leonard
THE EXONERATION PROJECT
 at the University of Chicago Law School
311 N. Aberdeen Avenue, 3rd Floor
Chicago, IL 60607
(312) 243-5900 (tel)
(312) 243-5902 (fax)
karl@exonerationproject.org

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2023, I caused the foregoing STATUS REPORT to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will effect service on all counsel of record.

__/s/ Karl Leonard_____