**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Johnnie Plummer
                    Plaintiff,

v.                                              Case No.: 1:13−cv−00817
                                                Honorable Lindsay C. Jenkins

Rick Harrington
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 17, 2023:

    MINUTE entry before the Honorable Lindsay C. Jenkins: This case has been reassigned to Judge Jenkins. The court has reviewed the status report filed on January 25, 2023 [85]. The parties should file a status report on or before April 26, 2023, using the form for reassigned cases on Judge Jenkins's web page on this District's website. The parties must follow all the standing orders for Judge Jenkins and all Local Rules, which can be found at the same web page. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.